**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

AMERICAN CIVIL LIBERTIES UNION OF SOUTH
CAROLINA FOUNDATION,

                                    *Plaintiff*,

    v.

ALAN WILSON, in his official capacity as South
Carolina Attorney General; and JOEL
ANDERSON, in his official capacity as Interim
Director of the South Carolina Department of
Corrections,

                                    *Defendants,*

and

HENRY DARGAN MCMASTER, in his official
capacity as Governor of the State of South
Carolina,

                          *Intervenor–Defendant.*

Civil Action No.: 3:25-cv-537-JFA

**JOINT MOTION
TO RESCHEDULE
STATUS CONFERENCE**

Plaintiffs and Defendants jointly move to reschedule the Status Conference currently scheduled for June 9, 2025, at 10:00 AM (ECF No. 42) due to scheduling conflicts for counsel on both sides involving out of town travel lasting the entire week of June 9.

To help facilitate rescheduling the status conference, counsel for Plaintiffs and Defendants are available any day from June 16–20.*

The parties therefore jointly request that the Court reschedule the status conference for

---

   * Counsel for both sides have multiple conflicts the following week. One counsel on each side of this case is arguing a case in the South Carolina Supreme Court on June 24 at 2:00 PM and would request that that the Court not schedule the status conference for that day or the preceding day. *See League of Women Voters of S.C. v. Alexander*, No. 2024-001227 (S.C.). Some counsel are attending the Judicial Conference of the Fourth Circuit on June 26 and 27, and other counsel has previously scheduled out-of-town travel from June 23 through June 27.

another date.


Respectfully Submitted,



*/s/ Meredith D. McPhail*
Meredith D. McPhail
Allen Chaney
ACLU OF SOUTH CAROLINA
P.O. Box 1668
Columbia, SC 29202
(843) 259-2925
mmcphail@aclusc.org

Jonathan E. Spratley
Steven M. Cady
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5256
jspratley@wc.com

*Attorneys for Plaintiff*

2

s/Benjamin M. McGrey
Thomas T. Hydrick (Fed. Bar No. 13322)
*Assistant Deputy Solicitor General*
Benjamin M. McGrey (Fed. Bar No. 14374)
*Assistant Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
PO Box 11549
Columbia, South Carolina 29201
(803) 734-3765
thomashydrick@scag.gov
benmcgrey@scag.gov

*Counsel for Attorney General Wilson*


s/Austin T. Reed
Daniel C. Plyler (Fed. Bar No. 9762)
Austin T. Reed (Fed. Bar No. 13405)
Frederick N. Hanna, Jr. (Fed Bar No. 13826)
SMITH │ ROBINSON
3200 Devine Street
Columbia, SC 29205
(803) 254-5445
Daniel.Plyler@SmithRobinsonLaw.com
Austin.Reed@SmithRobinsonLaw.com
Fred.Hanna@SmithRobinsonLaw.com

*Counsel for Interim Director Anderson
and Attorney General Wilson*

s/Wm. Grayson Lambert
Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
*Chief Legal Counsel*
Wm. Grayson Lambert (Fed. Bar No. 11761)
*Chief Deputy Legal Counsel &
Senior Litigation Counsel*
Erica W. Shedd (Fed. Bar No. 13206)
*Deputy Legal Counsel*
Tyra S. McBride (Fed. Bar No. 13324)
*Deputy Legal Counsel*
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
tlimehouse@governor.sc.gov
glambert@governor.sc.gov
eshedd@governor.sc.gov
tmcbride@governor.sc.gov

*Counsel for Governor McMaster*

June 3, 2025